(106 So. 344)

Ex parte Sam COLLINS. (4 Div. 248.)

(Supreme Court of Alabama. Nov. 19, 1925.)

Certiorari to Court of Appeals.

Reid & Doster, of Dothan, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J., Petition of Sam Collins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Collins v. State, 106 So. 341. Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

═════

(106 So. 350)

Ex parte Clarence GAITHER. (5 Div. 938.)

(Supreme Court of Alabama. Nov. 27, 1925.)

Certiorari to Court of Appeals.

Joe Brown Duke, of Opelika, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Clarence Gaither for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Gaither v. State, 106 So. 348. Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.